IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY W. FISCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 13-4194 |

**ORDER**

**AND NOW**, this 15th day of June, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Defendant's Response thereto, as well as the record filed herein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, Plaintiff's Objections thereto and Defendant's Reply, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The relief sought in Plaintiff's Request for Review is **DENIED**;
3. Judgment is entered in favor of Defendant, Carolyn W. Colvin, Commissioner of Social Security, and against Plaintiff Stacy W. Fischer, affirming the decision of the Commissioner of Social Security; and
4. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/s **JEFFREY L. SCHMEHL**
　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.